IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Henna Cardenas, individually and on behalf of all other similarly situated, | : : : | Case No.:  9:18-cv-00761-DCN |
| Plaintiff, | : : | |
| v. | : : | |
| Spinnaker Resorts, a Florida Corporation, | : : | |
| Defendant. | : : | |

## PLAINTIFF'S ANSWER TO RULE 26.01 INTERROGATORIES

**A.** State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

> **RESPONSE:  Plaintiff is unaware of any entity that may have a subrogation interest in this matter.**

B. As to each claim, state whether it should be tried by jury or non-jury and why.

> **RESPONSE: A jury trial is demanded for each claim presented because all the claims involve an underlying theme of violation of public interest, therefore it should be a jury of peers from the public to make the ultimate decision on the issues in this case.**

C. State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE: The Plaintiff is an individual, not a publicly owned company.**

D.  State the basis for asserting the claim in the division in which it was filed (or the basis of

any challenge to the appropriateness of the division).

**RESPONSE:  Defendant is headquartered in Hilton Head, SC, which is in**

**this division. Moreover, a substantial part of the events giving rise to**

**Plaintiff's claims occurred in this division.**

E.  Is this action related in whole or in part to any matter filed in this District, whether civil
or criminal? If so, provide:

1.  A short caption and the full case number of the related action;

2.  An explanation of how the matters are related; and

3.  A statement of the status of the related action.

**RESPONSE:  This action is not related to any other matter, civil or criminal in**

**the District of South Carolina.**

I declare under penalty of perjury that the foregoing is true and correct.

*Signed this 19th day of March, 2018.*

PALMETTO STATE LAW

s/Margaret A. Collins_____
Margaret A. Collins, Fed. Bar No. 7074 (D.S.)
2241 Bush River Rd.
Columbia, SC 29210
P: (803) 708-7442
F: (803) 753-9352
meg@pslawsc.com
*Attorney for Plaintiff*