## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| HENNA CARDENAS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SPINNAKER RESORTS, INC., a Florida corporation, <br><br> Defendant. | Case No.: 9:18-cv-00761-BHH <br><br> **MOTION TO DISMISS** |

The undersigned, attorneys for Defendant Spinnaker Resorts, Inc., respectfully move this Court for a dismissal of this action for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of its Motion, Defendant incorporates herein its Memorandum of Law in Support, Certification of Counsel and attached Exhibits, proposed Order, and Certificate of Service.

Dated: June 15, 2018                             Respectfully submitted,


                                                 */s/ Barry L. Johnson*_____
                                                 Barry L. Johnson (Fed. I.D. No. 2185)
                                                 **JOHNSON & DAVIS, PA**
                                                 The Victoria Building, Suite 200
                                                 10 Pinckney Colony Road
                                                 Bluffton, SC 29909
                                                 Tel: (843) 815-7121
                                                 Fax: (843) 815-7122
                                                 barry@jd-pa.com

                                                         -and-

2

        Robert A. Assuncao (*admitted pro hac vice*)
        Steven F. Gooby (*admitted pro hac vice*)
        **ANSA ASSUNCAO, LLP**
        Two Tower Center Blvd., Suite 1600
        East Brunswick, NJ 08816
        Tel: (732) 993-9850
        Fax: (732) 993-9851
        robert.assuncao@ansalaw.com
        steven.gooby@ansalaw.com

        *Attorneys for Defendant Spinnaker Resorts, Inc.*