AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Henna Cardenas, individually and on behalf of others similarly situated,<br>*Plaintiff*<br>v.<br>Spinnaker Resorts, Inc., a Florida Corporation,<br>*Defendant* | Civil Action No. 9:18-cv-761-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that:

    having granted Defendant's Motion to Dismiss, Plaintiff Henna Cardenas' complaint is dismissed without prejudice.

This action was:

    decided by the Honorable Bruce Howe Hendricks, United States District Judge, having ruled on Defendant Spinnaker Resort Inc.'s Motion to Dismiss.

Date:  March 5, 2019

*CLERK OF COURT, Robin L. Blume*

s/ V. Druce, Deputy Clerk

*Signature of Clerk or Deputy Clerk*